PS 42
(Rev 07-93)

**United States District Court**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2020

SEAN F. MCAVOY, CLERK

United States of America )
)
vs. )
)
Daniel Miramontes )
) Case No. 2:20CR00037-TOR-3

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Daniel Miramontes, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On May 14, 2020, Mr. Miramontes appeared before the Court for a detention review hearing. The Court released Mr. Miramontes under conditions of pretrial release supervision. Additional condition number 28, subjected Mr. Miramontes to location monitoring and a curfew from 7 p.m. to 7 a.m.

Mr. Miramontes is currently searching for work. He has applied for positions at a convenience store and also through a construction company, but has yet to receive a formal job offer. The positions he has applied for would potentially conflict with his court ordered curfew.

In order to accommodate potential employment opportunities, the undersigned officer respectfully recommends Mr. Miramontes' curfew be modified to require him to be home from 7 p.m. to 7 a.m., unless he receives prior permission from the U.S. Probation, Pretrial Services Office to be away from his residence, for employment purposes only.

The U.S. attorney's office does not object to this modification request.

Re: Miramontes, Daniel
July 7, 2020
Page 2

I consent to this modification of my release conditions and agree to abide by this modification.

_____    7-8-20        Erik Carlson_____    07/07/2020
Signature of Defendant              Date          Pretrial Services/Probation Officer   Date

Daniel Miramontes                                 Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  7/7/20
Signature of Defense Counsel                      Date

Gordon Stoa

[X]   The above modification of conditions of release is ordered, to be effective on  7-8-2020.

[ ]   The above modification of conditions of release is not ordered.

_____                  7-8-2020
Signature of Judicial Officer                    Date

John T. Rodgers