FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MIRAMONTES,<br><br>Defendant. | No. 2:20-CR-00037-TOR-3<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED IN PART (ECF No. 113)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 113**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting that he no longer be required to follow a curfew and stay on location monitoring, **ECF No. 79.**

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 113,** is **GRANTED IN PART**. The Defendant is no longer required to follow a curfew but will remain on location monitoring due to his past failures to appear for court.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 20, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1