PS 42
(Rev 07/93)

**United States District Court**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

United States of America )
)
vs )
)
Daniel Miramontes )    Case No. 2:20CR00037-TOR-3

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Daniel Miramontes, have discussed with , Pretrial Services/Probation Officer, modification of my release as follows:

On May 15, 2020, the Court ordered Mr. Miramontes to be released under conditions of pretrial release supervision after he successfully completed inpatient substance abuse treatment (CM/ECF No. 76). Additional condition number 28 of the release order required Mr. Miramontes to be subjected to location monitoring and a curfew. Since May 2020, Mr. Miramontes has been monitored by the U.S. Probation Office with a global positioning system (GPS) device

While under conditions of pretrial release supervision, Mr. Miramontes has maintained full-time employment, has successfully completed outpatient substance abuse treatment, as well as had regular contact with his attorney and the undersigned officer.

Based on Mr. Miramontes' compliance with the conditions of pretrial release supervision, the undersigned officer believes it is no longer necessary to supervise Mr. Miramontes through location monitoring equipment and a curfew. .

Therefore, the undersigned officer respectfully recommends the Court modify Mr. Miramontes conditions of pretrial release supervision and remove additional condition number 28.

The U.S. Attorney's Office did not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    11-3-21        _____    11/3/2021
Signature of Defendant        Date           Pretrial Services/Probation Officer   Date

Daniel Miramontes                             Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    11/4/21
Signature of Defense Counsel       Date

Gordon Stoa
_____

[X]    The above modification of conditions of release is ordered, to be effective on  11/9/21.

[ ]    The above modification of conditions of release is not ordered.

_____    11/9/21
Signature of Judicial Officer      Date

James A. Goeke