FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MIRAMONTES,<br><br>Defendant. | No. 2:20-CR-00037-TOR-3<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ORDER MODIFYING CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>    **(ECF No. 140)** |

Before the Court is Defendant's Motion for Order Modifying Conditions of Release and Expedited Hearing, **ECF No. 140**. Defendant recites in his motion that the United States and U.S. Probation does not oppose his request.

Specifically, Defendant requests permission to travel to Fontana, California to visit his daughter, who is experiencing a medical emergency, from March 2, 2022, to March 8, 2022.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion for Order Modifying Conditions of Release and Expedited Hearing, **ECF No. 140**, is **GRANTED**. Defendant is permitted to travel to Fontana, California on March 2, 2022, and return to the Eastern District of Washington on March 8, 2022.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 24, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1